McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE AIRCRAFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, a governmental agency; MOTSCHIELDLER, MICHAELIDES & WISHON, LLP, and DOES 1 through 10, inclusive, <br><br> Defendants. | Civil No. 1:05-cv-00385-AWI-LJO <br><br> **STIPULATED ORDER OF DISTRIBUTION AND DISMISSAL** |

  Plaintiff, Vance Aircraft Inc., and defendants, United States of America and Motschieldler, Michaelidas, & Wishon, LLP, (a law firm, hereinafter "MMW"), through their respective attorneys, hereby agree and stipulate as follows:

  1. On March 22, 2005, Plaintiff initiated this interpleader action requesting, *inter alia*, that the Court determine defendants United States' and MMW's relative priority of their respective claims to the interpled funds. See generally, Interpleader Complaint.

  2. On April 14, 2005, Plaintiff deposited the interpled funds, $50,000, with the Court's Registry. See generally, Docket.

STIPULATED ORDER                   -1-                   1442537.1

3. The parties agree that $8,242.11 represents the amount owed to MMW, under 26 U.S.C. § 6323(b), for attorneys' fees and costs it incurred in representing Hugh Taylor and Hugh's Flying Service, Inc., (both unnamed parties) in their dispute with Vance Aircraft. The parties further agree that the remaining net amount of the interpled funds should be distributed to the United States to be applied against Hugh Taylor's and Marisela Gonzales', husband and wife, outstanding federal income tax liabilities, plus penalties and interest, for the 2000 and 2001 tax years and against Hugh Taylor's outstanding Section 6672 liabilities, plus interest, for the tax periods ending June 30, 1993; September 30, 1993; December 31, 1993; March 31, 1994; June 30, 1994; September 30, 1994; September 30, 1995; and December 31, 1998. The parties further agree that Plaintiff disclaims any interest or claim to the interpled funds and that this action should be dismissed after distribution of the interpled funds as set forth in paragraph 5, below.

4. The parties are to bear their own costs incurred in this action, including attorneys' fees and costs, except for the amount to be distributed to MMW as described in paragraph 3, above.

5. Based upon the foregoing, the Clerk of Court shall distribute the interpled funds, in the amount of $50,000 plus any applicable interest, that is currently held by the Court's Registry as follows:

A. By sending a check, made payable in the amount of $8,242.11 to "**Motschieldler, Michaelidas, & Wishon, LLP**," to:

> Motschiedler, Michaelides & Wishon
> c/o Douglas V. Thornton (attorney for MMW)
> 1690 West Shaw Avenue, Suite 200
> Fresno, California 93711

B. And by sending a check, made payable in the amount of $41,757.89 plus any applicable interest to the "**United States Treasury**" with the notation "Vance Aircraft v. Internal

Revenue Service - CMN 2005103769," to:

> US Department of Justice
> Tax Division, Civil Trial - Western
> c/o Paul S. Ham, Trial Attorney
> 555 4th Street, N.W. Room 7217
> Washington DC, 20001

| Dated this 20th day of June, 2006 | Dated this 14th day of June, 2006 | Dated this 14th day of June, 2006 |
|---|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | | |
| /s/ - Paul Ham<br>PAUL S. HAM<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(Attorneys for the United States) | /s/ - Russell Matsumoto<br>RUSSELL MATSUMOTO<br>FRAME & MATSUMOTO<br>201 Washington Street, Post Office Box 895 Coalinga, California 93210<br>(Attorneys for Vance Aircraft, Inc.) | /s/ - Douglas Thornton<br>DOUGLAS V. THORNTON<br>MOTSCHIEDLER,<br>MICHAELIDES & WISHON<br>1690 West Shaw Avenue, Suite 200<br>Fresno, California 93711<br>(Attorneys for Motschiedler, Michaelides & Wishon) |

## ORDER

The Clerk of the Court is DIRECTED to distribute the interpled funds as set forth in the above stipulation and then close this action pursuant to the parties' request for dismissal.

IT IS SO ORDERED.

**Dated:   June 21, 2006**              /s/ Anthony W. Ishii
0m8i78                         UNITED STATES DISTRICT JUDGE

STIPULATED ORDER                      -3-                        1442537.1